AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Agresti, Thomas P. | Bankruptcy Court, Western PA. | 06/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge - Active | ☐ Nomination    Date <br> ☐ Initial    ✓ Annual    ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2019 <br> to <br> 12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
17 South Park Row
Eric, PA. 16501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✓ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✓ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. CITIZENS BANK (cash) | D | Interest | O | T | | | | | |
| 3. ERIE BANK (cash) | D | Interest | O | T | | | | | |
| 4. PNC BANK (cash) | A | Interest | J | T | | | | | |
| 5. VACANT LAND #1, ERIE COUNTY, PA | | None | M | W | | | | | |
| 6. VACANT LAND #2, ERIE COUNTY, PA | | None | M | W | | | | | |
| 7. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 8. WELLS FARGO BANK (cash) (Y) | | | | | | | | | |
| 9. MICROSOFT (MSFT) | B | Dividend | L | T | | | | | |
| 10. HARTFORD LIFE INS CO VARIABLE ANNUITY (H) | | | | | | | | | |
| 11. HARTFORD BALANCED HLS FUND (X) | | None | L | T | | | | | |
| 12. HARTFORD CAPITAL APPRECIATION (H) | | None | L | T | | | | | |
| 13. JOHN HANCOCK LIFE INS CO VARIABLE ANNUITY (H) | | | | | | | | | |
| 14. VENTURE 20 LS GROWTH PORTFOLIO (X) | | None | M | T | | | | | |
| 15. PACIFIC LIFE VALUES VARIABLE ANNUITY (H) | | | | | | | | | |
| 16. INVESCO V.I. EQUITY & INCOME FUND (X) | | None | K | T | | | | | |
| 17. IRA #1 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. WELLS FARGO BANK (cash) (Y) | | | | | | | | | |
| 19. ABBOTT LABORATORIES (ABT) | A | Dividend | J | T | | | | | |
| 20. ACCENTURE PLC IRELAND SHARES CLASS A (ACN) | A | Dividend | J | T | | | | | |
| 21. AFLAC INC (AFL) | A | Dividend | J | T | | | | | |
| 22. AIR PRODUCTS & CHEMICALS INC (APD) | A | Dividend | J | T | | | | | |
| 23. AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 24. ANALOG DEVICES INC (ADI) | A | Dividend | J | T | | | | | |
| 25. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 26. AT&T INC (T) (X) | A | Dividend | J | T | | | | | |
| 27. AUTOMATIC DATA PROCESSING (ADP) | A | Dividend | J | T | | | | | |
| 28. BECTON DICKINSON & CO (BDX) | A | Dividend | J | T | | | | | |
| 29. BLACKROCK INC (BLK) | A | Dividend | J | T | | | | | |
| 30. CHEVRON CORPORATION (CVX) | A | Dividend | J | T | | | | | |
| 31. CHUBB LTD (CB) | A | Dividend | J | T | | | | | |
| 32. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |
| 33. CLOROX COMPANY (CLX) | A | Dividend | J | T | | | | | |
| 34. COLGATE-PALMOLIVE CO (CL) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COMCAST CORP NEW CL A (CMCSA) | | None | J | T | Buy | 12/16/19 | J | | |
| 36. EATON VANCE CORP NON VTG (EV) | A | Dividend | J | T | | | | | |
| 37. EMERSON ELECTRIC CO (EMR) | A | Dividend | J | T | | | | | |
| 38. EVERSOURCE ENERGY (ES) | A | Dividend | J | T | | | | | |
| 39. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | |
| 40. FACTSET RESEARCH SYSTEMS INC (FDS) | A | Dividend | J | T | | | | | |
| 41. GENL DYNAMICS CORP (GD) | A | Dividend | J | T | | | | | |
| 42. L3HARRIS TECHNOLOGIES INC (LHX) | A | Dividend | J | T | | | | | |
| 43. ILLINOIS TOOL WORKS INC (ITW) | A | Dividend | J | T | | | | | |
| 44. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 45. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |
| 46. LINDE PLC (LIN) | A | Dividend | J | T | | | | | |
| 47. LOWES COMPANIES INC (LOW) | A | Dividend | J | T | | | | | |
| 48. MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 49. MEDTRONIC PLC (MDT) | A | Dividend | J | T | | | | | |
| 50. MICROSOFT (MSFT) | A | Dividend | J | T | | | | | |
| 51. NEXTERA ENERGY INC (NEE) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. NIKE INCL CLASS B (NKE) | A | Dividend | J | T | | | | | |
| 53. NORFOLK SOUTHERN CORP (NSC) | A | Dividend | J | T | | | | | |
| 54. NOVARTIS AG SPON ADR (NVS) | A | Dividend | J | T | | | | | |
| 55. PAYCHEX INC (PAYX) | A | Dividend | J | T | | | | | |
| 56. PEPSICO INCORPORATED (PEP) | A | Dividend | J | T | | | | | |
| 57. PHILLIPS 66 (PSX) | A | Dividend | J | T | | | | | |
| 58. POLARIS INDS INC (PII) | A | Dividend | J | T | | | | | |
| 59. PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 60. SYSCO CORPORATION (SYY) | A | Dividend | J | T | | | | | |
| 61. TARGET CORP (TGT) | A | Dividend | J | T | | | | | |
| 62. UNITED TECHNOLOGIES CORP (UTX) | A | Dividend | J | T | | | | | |
| 63. US BANCORP NEW (USB) | A | Dividend | J | T | | | | | |
| 64. V F CORPORATION (VFC) | A | Dividend | J | T | | | | | |
| 65. WALMART INC (WMT) | A | Dividend | J | T | | | | | |
| 66. WEC ENERGY GROUP INC (WEC) | A | Dividend | J | T | | | | | |
| 67. 3M CO (MMM) | A | Dividend | J | T | | | | | |
| 68. IRA #2 (H) | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. WELLS FARGO BANK (cash) (Y) | | | | | | | | | |
| 70. GENERAL ELECTRIC COMPANY (GE) | A | Dividend | J | T | | | | | |
| 71. MICROSOFT (MSFT) | B | Dividend | L | T | | | | | |
| 72. SHELTON INTL SELECT EQUITY FD INVESTOR CL SHARE (SISLX) | A | Dividend | L | T | | | | | |
| 73. PACIFIC LIFE VARIABLE ANNUITY (H) | | | | | | | | | |
| 74. AFIS ASSET ALLOCATION FUND (X) | | None | M | T | | | | | |
| 75. IRA #3 (H) | | | | | | | | | |
| 76. WELLS FARGO BANK (cash) (Y) | | | | | | | | | |
| 77. USB TACTICAL ALLOC FD (PWTAX) FKA FT- FRANKLIN INC. A (Y) | | | | | | | | | |
| 78. GENERAL ELECTRIC (Y) COMPANY (GE) (Y) | | | | | | | | | |
| 79. VANGUARD INDEX VANGUARD 500 INDEX FD ADMIRAL SHS (VFIAX) (X) | A | Dividend | J | T | | | | | |
| 80. IRA #4 (H) | | | | | | | | | |
| 81. WELLS FARGO BANK (cash) | A | Interest | J | T | | | | | |
| 82. ABBOTT LABORATORIES (ABT) | A | Dividend | K | T | | | | | |
| 83. ACCENTURE PLC IRELAND SHARES CLASS A (ACN) | A | Dividend | J | T | | | | | |
| 84. AFLAC INC (AFL) | A | Dividend | J | T | | | | | |
| 85. AIR PRODUCTS & CHEMICALS INC (APD) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 87. ANALOG DEVICES INC (ADI) | A | Dividend | J | T | | | | | |
| 88. APPLE INC (AAPL) | A | Dividend | K | T | | | | | |
| 89. AT&T INC (T) | A | Dividend | J | T | | | | | |
| 90. AUTOMATIC DATA PROCESSING (ADP) | A | Dividend | K | T | | | | | |
| 91. BECTON DICKINSON & CO (BDX) | A | Dividend | K | T | | | | | |
| 92. BLACKROCK INC (BLK) | A | Dividend | J | T | | | | | |
| 93. CHEVRON CORPORATION (CVX) | A | Dividend | J | T | | | | | |
| 94. CHUBB LTD (CB) | A | Dividend | J | T | | | | | |
| 95. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |
| 96. CLOROX COMPANY (CLX) | A | Dividend | J | T | | | | | |
| 97. COLGATE-PALMOLIVE CO (CL) | A | Dividend | J | T | | | | | |
| 98. COMCAST CORP NEW CL A (CMCSA) | | None | J | T | Buy | 12/16/19 | J | | |
| 99. EATON VANCE CORP NON VTG (EV) | A | Dividend | J | T | | | | | |
| 100. EMERSON ELECTRIC CO (EMR) | A | Dividend | J | T | | | | | |
| 101. EVERSOURCE ENERGY (ES) | A | Dividend | J | T | | | | | |
| 102. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. FACTSET RESEARCH SYSTEMS INC (FDS) | A | Dividend | J | T | | | | | |
| 104. GENL DYNAMICS CORP (GD) | A | Dividend | J | T | | | | | |
| 105. L3HARRIS TECHNOLOGIES INC (LHX) | A | Dividend | J | T | | | | | |
| 106. ILLINOIS TOOL WORKS INC (ITW) | A | Dividend | K | T | | | | | |
| 107. INTERNATIONAL BUSINESS MACHINE CORP (IBM) (Y) | | | | | | | | | |
| 108. JOHNSON & JOHNSON (JNJ) | A | Dividend | K | T | | | | | |
| 109. JPMORGAN CHASE & CO (JPM) | A | Dividend | K | T | | | | | |
| 110. LINDE PLC (LIN) (X) | A | Dividend | J | T | | | | | |
| 111. LOWES COMPANIES INC (LOW) | A | Dividend | K | T | | | | | |
| 112. MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 113. MEDTRONIC PLC (MDT) | A | Dividend | K | T | | | | | |
| 114. MICROSOFT (MSFT) | A | Dividend | K | T | Sold (part) | 05/17/19 | J | | |
| 115. NEXTERA ENERGY INC (NEE) | A | Dividend | K | T | | | | | |
| 116. NIKE INCL CLASS B (NKE) | A | Dividend | J | T | | | | | |
| 117. NORFOLK SOUTHERN CORP (NSC) | A | Dividend | J | T | | | | | |
| 118. NOVARTIS AG SPON ADR (NVS) | A | Dividend | J | T | | | | | |
| 119. PAYCHEX INC (PAYX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  PEPSICO INCORPORATED (PEP) | A | Dividend | J | T | | | | | |
| 121.  PHILLIPS 66 (PSX) | A | Dividend | J | T | Buy (add'l) | 06/19/19 | J | | |
| 122.  POLARIS INDS INC (PII) | A | Dividend | J | T | | | | | |
| 123.  PRAXAIR INC (Y) | | | | | | | | | |
| 124.  PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 125.  QUALCOMM INC (QCOM) (Y) | | | | | | | | | |
| 126.  SYSCO CORPORATION (SYY) | A | Dividend | J | T | | | | | |
| 127.  TARGET CORP (TGT) | A | Dividend | J | T | | | | | |
| 128.  UNITED TECHNOLOGIES CORP (UTX) | A | Dividend | J | T | | | | | |
| 129.  US BANCORP NEW (USB) | A | Dividend | J | T | | | | | |
| 130.  V F CORPORATION (VFC) | A | Dividend | J | T | | | | | |
| 131.  WALMART INC (WMT) | A | Dividend | J | T | | | | | |
| 132.  WEC ENERGY GROUP INC (WEC) | A | Dividend | J | T | | | | | |
| 133.  3M CO (MMM) | A | Dividend | J | T | | | | | |
| 134.  IRA #5 (H) | | | | | | | | | |
| 135.  WELLS FARGO BANK (cash) | A | Interest | J | T | | | | | |
| 136.  ABBVIE INC (ABBV) | A | Dividend | | | Sold | 02/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  AES CORP (AES) | A | Dividend | J | T | | | | | |
| 138.  AFLAC INC (AFL) | A | Dividend | J | T | | | | | |
| 139.  ALLEGION PLC (ALLE) (Y) | | | | | | | | | |
| 140.  ALLY FINANCIAL INC (ALLY) | A | Dividend | J | T | Buy | 01/25/19 | J | | |
| 141. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 142.  AMERICAN EXPRESS COMPANY (AXP) | A | Dividend | J | T | | | | | |
| 143.  AMERICAN TOWER CORP REIT (AMT) | A | Dividend | | | Sold | 10/31/19 | J | B | |
| 144.  AMERIPRISE FINANCIAL (AMP) | A | Dividend | J | T | | | | | |
| 145.  AMETEK INC NEW (AME) | A | Dividend | J | T | | | | | |
| 146.  AMGEN INC (AMGN) | A | Dividend | J | T | Buy | 09/24/19 | J | | |
| 147. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 148.  ANALOG DEVICES INC (ADI) (Y) | | | | | | | | | |
| 149.  ANDEAVOR (ANDV) (Y) | | | | | | | | | |
| 150.  APOGEE ENTERPRISES INC (APOG) (Y) | | | | | | | | | |
| 151.  ASSURED GUARANTY LTD (AGO) | A | Dividend | J | T | | | | | |
| 152.  AT & T INC (T) | A | Dividend | J | T | Buy<br>(add'l) | 05/13/19 | J | | |
| 153.  BAXTER INTERNATIONAL INC (BAX) | A | Dividend | | | Buy | 03/18/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/31/19 | J | | |
| 155. BECTON DICKINSON & CO (BDX) | A | Dividend | J | T | | | | | |
| 156. BEST BUY CO INC (BBY) | A | Dividend | J | T | | | | | |
| 157. BIG LOTS INC (BIG) (Y) | | | | | | | | | |
| 158. BIOGEN INC (BIIB) | | None | | | Sold | 05/13/19 | J | | |
| 159. BOEING CO (BA) | A | Dividend | J | T | | | | | |
| 160. BORG WARNER INC (BWA) | | None | | | Sold | 01/08/19 | J | | |
| 161. BOSTON SCIENTIFIC CORP (BSX) | | None | J | T | | | | | |
| 162. BRADY CORP CL A (BRC) (Y) | | | | | | | | | |
| 163. BRUNSWICK CORP (BC) | A | Dividend | J | T | | | | | |
| 164. BURLINGTON STORES INC (BURL) | | None | J | T | Buy | 01/08/19 | J | | |
| 165. CAPRI HOLDINGS LTD (CPRI) | | None | | | Buy | 04/05/19 | J | | |
| 166. | | | | | Sold | 10/25/19 | J | | |
| 167. CARETRUST REIT INC (CTRE) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 168. CARLISLE COMPANIES INC (CSL) | A | Dividend | | | Buy | 03/07/19 | J | | |
| 169. | | | | | Sold | 09/24/19 | J | A | |
| 170. CATERPILLAR INC (CAT) | | None | | | Sold | 03/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. CBRE GROUP INC CLASS A SERIES A (CBG) | | None | | | Sold | 01/08/19 | J | A | |
| 172. CELANESE CORPORATION SERIES A (CE) | A | Dividend | J | T | | | | | |
| 173. CENTENE CORP (CNC) | | None | | | Sold | 02/14/19 | J | B | |
| 174. CENTERPOINT ENERGY INC (CNP) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 175. CHILDRENS PLACE INC/THE (PLCE) (Y) | | | | | | | | | |
| 176. CIRRUS LOGIC INC (CRUS) (X) | | None | J | T | | | | | |
| 177. CITRIX SYSTEMS INC (CTXS) | | None | | | Sold | 01/14/19 | J | A | |
| 178. CMS ENERGY CORP (CMS) | A | Dividend | J | T | | | | | |
| 179. CNX RES CORP (CNX) | | None | | | Buy | 01/14/19 | J | | |
| 180. | | | | | Sold | 03/18/19 | J | | |
| 181. COCA-COLA EUROPEAN PARTNERS PLC (CCEP) | A | Dividend | J | T | | | | | |
| 182. COMERICA INC (CMA) | A | Dividend | | | Sold | 11/27/19 | J | | |
| 183. COMMUNITY HEALTHCARE TR INC (CHCT) | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 184. CORNING INC (GLW) | | None | J | T | Buy | 09/24/19 | J | | |
| 185. CRANE COMPANY (CR) | A | Dividend | J | T | | | | | |
| 186. CUMMINS INC (CMI) | A | Dividend | J | T | Buy | 09/24/19 | J | | |
| 187. | | | | | Buy (add'l) | 10/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  DANAHER CORP (DHR) | A | Dividend | J | T | | | | | |
| 189.  DELTA AIR LINES INC NEW (DAL) | A | Dividend | | | Sold | 03/07/19 | J | A | |
| 190.  DISNEY WALT COMPANY (DIS) | A | Dividend | J | T | | | | | |
| 191.  DOLLAR GENERAL CORP (DG) | A | Dividend | | | Sold | 05/13/19 | J | C | |
| 192.  DOLLAR TREE STORES INC (DLTR) | | None | J | T | | | | | |
| 193.  DXC TECHNOLOGY (DXC) (Y) | | | | | | | | | |
| 194.  EASTGROUP PPTYS INC REIT (EGP) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 195.  EATON CORP PLC (ETN) | A | Dividend | | | Sold | 10/31/19 | J | A | |
| 196.  EDISON INTL (EIX) | A | Dividend | J | T | | | | | |
| 197.  EDWARDS LIFESCIENCE CORP (EW) | | None | J | T | | | | | |
| 198.  EMERSON ELECTRIC CO (EMR) | A | Dividend | J | T | | | | | |
| 199.  ENERSYS INC (ENS) (Y) | | | | | | | | | |
| 200.  EQUITY LIFESTYLE PROP RIET (ELS) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 201.  EXELIXIS INC (EXEL) | | None | | | Buy | 02/14/19 | J | | |
| 202. | | | | | Sold | 10/25/19 | J | | |
| 203.  FACEBOOK INC CLASS A (FB) | | None | J | T | Buy | 11/27/19 | J | | |
| 204.  FIDELITY NATIONAL INFORMATION<br>SVCS (FIS) | A | Dividend | J | T | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. FIRST TR ETF IV FIRST TR LOW DURATION MTG OPPORTUNITIES ETF (LMBS) | A | Dividend | J | T | Buy | 03/18/19 | J | | |
| 206. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 207. | | | | | Sold (part) | 05/13/19 | J | A | |
| 208. FLEETCOR TECHNOLOGIES INC (FLT) | | None | J | T | | | | | |
| 209. FLEXSHARES IBOXX 5YR ETF TARGET DURATION TIPS INDEX FD (TDTF) | A | Dividend | J | T | Buy | 03/18/19 | J | | |
| 210. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 211. FLUOR CORP NEW (FLR) | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 212. FMC CORP NEW (FMC) | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 213. FOOT LOCKER INC (GTX) | A | Dividend | | | Buy | 05/13/19 | J | | |
| 214. | | | | | Sold | 10/25/19 | J | | |
| 215. GAP INC (GPS) | A | Dividend | | | Sold | 03/07/19 | J | A | |
| 216. GLOBAL X MSCI NORWAY 30 (NORW) (Y) | | | | | | | | | |
| 217. GLOBUS MEDICAL INC NEW CL A (GMED) (Y) | | | | | | | | | |
| 218. L3HARRIS TECHNOLOGIES INC (LHX) | A | Dividend | J | T | | | | | |
| 219. HAWAIIAN HOLDINGS INC (HA) (Y) | | | | | | | | | |
| 220. HOLLYFRONTIER CORP (HFC) | A | Dividend | | | Buy | 01/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | | | | Sold | 09/24/19 | J | A | |
| 222. HOME DEPOT INC (HD) (X) | A | Dividend | J | T | | | | | |
| 223. HONEYWELL INTERNATIONAL INC (HON) | A | Dividend | | | Sold | 05/13/19 | J | B | |
| 224. HP INC (HPQ) | A | Dividend | | | Sold | 10/31/19 | J | | |
| 225. HUMANA INC (HUM) | A | Dividend | | | Sold | 04/10/19 | J | | |
| 226. HUNTINGTON INGALLS INDUSTRIES INC (HII) | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 227. ILLINOIS TOOL WORKS INC (ITW) | A | Dividend | J | T | | | | | |
| 228. INGERSOLL-RAND PLC SHARES (IR) | A | Dividend | J | T | | | | | |
| 229. INNOSPEC INC (IOSP) | A | Dividend | J | T | | | | | |
| 230. INTEL CORP (INTC) | A | Dividend | J | T | Buy | 09/24/19 | J | | |
| 231. | | | | | Buy (add'l) | 10/31/19 | J | | |
| 232. INTUIT INC (INTU) | A | Dividend | J | T | | | | | |
| 233. INVESCO TR II PFD fka POWERSHARES ETF PREFERED PORTFOLIO (Y) | | | | | | | | | |
| 234. INVESCO BULLETSHARES 2018 fka POWERSHARES SELF ETF IND TR (Y) | | | | | | | | | |
| 235. INVESCO BULLETSHARES 2018 HIGH YIELD CORP BD (BSJJ) | A | Dividend | | | Sold | 03/18/19 | J | | |
| 236. INVESCO EXCHANGE BULLETSHARES 2020 HIGH YIELD CORP (BSJK) | A | Dividend | | | Sold | 01/14/19 | J | | |
| 237. | | | | | Buy | 02/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. | | | | | Sold | 03/18/19 | J | | |
| 239. INVESCO EXCHANGE BULLETSHARES 2021 CORP BD (BSCL) | | None | | | Buy | 03/18/19 | J | | |
| 240. | | | | | Sold | 04/10/19 | J | A | |
| 241. INVESCO EXCHANGE BULLETSHARES 2022 CORP BD ETF (BSCM) | A | Dividend | | | Sold (part) | 04/10/19 | J | A | |
| 242. | | | | | Sold | 05/13/19 | J | A | |
| 243. INVESCO EXCHANGE BULLETSHARES 2023 CORP BD (BSCN) (Y) | | | | | | | | | |
| 244. INVESCO EXCHANGE BULLETSHARES 2024 CORP BD (BSCN) | A | Dividend | | | Sold (part) | 03/18/19 | J | | |
| 245. | | | | | Sold | 04/10/19 | J | | |
| 246. INVESCO EXCHANGE BULLETSHARES 2025 CORP BD (BSCP) | A | Dividend | | | Sold | 03/18/19 | J | A | |
| 247. INVESCO SLF INDXD TR ETF BULLETSHARES 2021 HIGH YIELD CORP BD (BSJL) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 248. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 249. | | | | | Sold | 03/18/19 | J | A | |
| 250. INVESCO TR II EMERGING MKTS SOVEREIGN DEBT (PCY) | A | Dividend | | | Buy | 02/14/19 | J | | |
| 251. | | | | | Sold | 11/26/19 | J | A | |
| 252. INVESCO TR II PFD (PGX) | A | Dividend | J | T | Buy | 12/19/19 | J | | |
| 253. INVESCO TR II FUNDAMENTAL HIGH YIELD CORP BD (PHB) | A | Dividend | J | T | Buy | 01/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. | | | | | Sold | 03/18/19 | J | A | |
| 255. | | | | | Buy | 05/13/19 | J | | |
| 256.  INVESCO TR II VAR RATE PFD (VRP) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 257. | | | | | Sold | 02/14/19 | J | A | |
| 258. | | | | | Buy | 03/18/19 | J | | |
| 259. | | | | | Sold | 12/19/19 | J | A | |
| 260.  ISHARES 3-7 YEAR TREASURY BD (IEI) | A | Dividend | J | T | Buy | 11/26/19 | J | | |
| 261.  ISHARES IBONDS DEC 2022 TERM CORP (IBDN) (Y) | | | | | | | | | |
| 262.  ISHARES IBONDS DEC 2025 TERM CORP (IBDQ) | | None | | | Sold | 01/14/19 | J | | |
| 263.  ISHARES IBONDS DEC 2024 TERM CORP (IBDP) | A | Dividend | J | T | | | | | |
| 264.  ISHARES IBONDS DEC 2023 TERM CORP (IBDO) | A | Dividend | J | T | Sold (part) | 01/14/19 | J | A | |
| 265. | | | | | Sold | 02/14/19 | J | A | |
| 266. | | | | | Buy | 03/18/19 | J | | |
| 267. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 268.  ISHARES IBOXX & INVESTMENT GRADE CORP BD (LQD) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 269. | | | | | Sold | 03/18/19 | J | A | |
| 270.  ISHARES INC MSCI JAPAN ETF NEW (EWJ) | | None | | | Sold (part) | 01/14/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 271. | | | | | Sold | 04/10/19 | J | A | |
| 272. ISHARES MSCI BELGIUM ETF (EWK) | | None | | | Sold | 01/14/19 | J | | |
| 273. | | | | | Buy | 03/18/19 | J | | |
| 274. | | | | | Sold | 05/13/19 | J | | |
| 275. ISHARES JP MORGAN USD EMERGING MARKETS BD (EMB) | A | Dividend | J | T | Sold (part) | 02/14/19 | J | A | |
| 276. ISHARES MBS (MBB) | A | Dividend | J | T | Buy | 11/26/19 | J | | |
| 277. ISHARES MSCI SINGAPORE (EWS) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 278. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 279. | | | | | Sold (part) | 03/18/19 | J | A | |
| 280. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 281. ISHARES MSCI NETHERLANDS (EWN) | A | Dividend | J | T | Sold (part) | 01/14/19 | J | | |
| 282. | | | | | Buy (add'l) | 02/14/19 | J | | |
| 283. | | | | | Buy (add'l) | 03/18/19 | J | | |
| 284. | | | | | Sold (part) | 04/10/19 | J | A | |
| 285. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 286. ISHARES MSCI AUSTRALIA (EWA) | A | Dividend | J | T | Buy (add'l) | 05/13/19 | J | | |
| 287. ISHARES MSCI SWITZERLAND (EWL) | A | Dividend | J | T | Sold (part) | 02/14/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 288. ISHARES MSCI HONG KONG (EWH) | A | Dividend | J | T | Buy<br>(add'l) | 03/18/19 | J | | |
| 289. ISHARES MSCI FRANCE (EWQ) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 290. | | | | | Sold<br>(part) | 03/18/19 | J | | |
| 291. | | | | | Buy<br>(add'l) | 04/10/19 | J | | |
| 292. | | | | | Sold<br>(part) | 05/13/19 | J | A | |
| 293. ISHARES MSCI GERMANY (EWG) | A | Dividend | J | T | | | | | |
| 294. ISHARES MSCI ITALY (EWI) | A | Dividend | J | T | Buy<br>(add'l) | 01/14/19 | J | | |
| 295. ISHARES MSCI NEW ZEALAND (ENZL) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 296. ISHARES MSCI POLAND (EPOL) | | None | | | Buy | 01/14/19 | J | | |
| 297. | | | | | Sold | 02/14/19 | J | | |
| 298. | | | | | Buy | 03/18/19 | J | | |
| 299. | | | | | Sold | 04/10/19 | J | A | |
| 300. ISHARES MSCI SPAIN ETF (EWP) | | None | | | Sold | 01/14/19 | J | A | |
| 301. ISHARES MSCI SWEDEN (EWD) | A | Dividend | J | T | | | | | |
| 302. ISHARES TR MSCI UTD KINGDOM ETF<br>NEW (EWU) | A | Dividend | J | T | Buy<br>(add'l) | 01/14/19 | J | | |
| 303. | | | | | Sold | 03/18/19 | J | B | |
| 304. | | | | | Buy | 04/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 305. ISHARES TR INTERMEDIATE TRM CR BD (IGIB) | A | Dividend | | | Buy | 05/13/19 | J | | |
| 306. | | | | | Sold | 11/26/19 | J | A | |
| 307. KELLOGG COMPANY (K) | A | Dividend | J | T | | | | | |
| 308. LABORATORY CORP OF AMER HLDGS (LH) | | None | | | Sold | 01/08/19 | J | A | |
| 309. LAM RESEARCH CORP (LRCX) | | None | | | Sold | 01/08/19 | J | A | |
| 310. LEAR CORP (LEA) | | None | | | Sold | 01/08/19 | J | A | |
| 311. LHC GROUP LLC (LHCG) | | None | | | Sold | 01/14/19 | J | A | |
| 312. LINDE PLC (LIN) | A | Dividend | J | T | | | | | |
| 313. LITHIA MTRS INC CL A (LAD) | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 314. LOCKHEED MARTIN CORP (LMT) | A | Dividend | J | T | | | | | |
| 315. LYONDELLBASELL INDUSTRIES AF SCA CL A (LYB) | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 316. L3 TECHNOLOGIES INC (LLL) | A | Dividend | | | Sold | 04/05/19 | J | A | |
| 317. MALLINCKRODT PLC (MNK) (Y) | | | | | | | | | |
| 318. MARSH AND MC LENNAN COMPANIES INC (MMC) | A | Dividend | J | T | Buy | 03/18/19 | J | | |
| 319. MASIMO CORP (MASI) (Y) | | | | | | | | | |
| 320. MASTEC INC (MTZ) | | None | J | T | Buy | 01/08/19 | J | | |
| 321. MASTERCARD INC CL A (MA) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 322.  MC CORMICK & CO INC NON VTG (MKC) | A | Dividend | | | Sold | 05/13/19 | J | A | |
| 323.  METHODE ELECTRONICS CL A (MEI) (Y) | | | | | | | | | |
| 324.  MICROCHIP TECHNOLOGY INC (MCHP) | A | Dividend | | | Sold (part) | 01/14/19 | J | A | |
| 325. | | | | | Sold | 09/24/19 | J | A | |
| 326.  MICRON TECHNOLOGY INC (MU) (Y) | | | | | | | | | |
| 327.  MONSTANTO CORP (Y) | | | | | | | | | |
| 328.  NANDSON (Y) | | | | | | | | | |
| 329.  MICROSOFT (MSFT) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 330.  NATIONAL RETAIL PPTYS INC (NNN) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 331.  NATIONAL STORAGE AFFILIATES TR (NSA) (X) | A | Dividend | J | T | | | | | |
| 332.  NETGEAR INC (NTGR) (Y) | | | | | | | | | |
| 333.  NEXPOINT RESIDENTIAL TR INC (NXRT) | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 334.  NEXTERA ENERGY INC (NEE) | A | Dividend | J | T | | | | | |
| 335.  NORDSON CORP (NDSN) (X) | A | Dividend | | | Sold | 05/13/19 | J | A | |
| 336.  NORFOLK SOUTHERN CORP (NSC) | A | Dividend | | | Sold | 10/31/19 | J | A | |
| 337.  NORTHROP GRUMMAN CORP NEW (HOC) | A | Dividend | | | Sold | 09/24/19 | J | B | |
| 338.  OMEGA HEALTHCARE REIT INVESTORS INC (OHI) | A | Dividend | | | Buy | 02/14/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 339. | | | | | Sold | 05/13/19 | J | A | |
| 340. OMNICOM GROUP (OMC) | A | Dividend | J | T | | | | | |
| 341. OSHKOSH CORP (OSK) | A | Dividend | J | T | | | | | |
| 342. PACCAR INC (PCAR) | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 343. PACKAGING CORP OF AMER (PKG) | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 344. PARKER-HANNIFIN CORP (PH) | A | Dividend | J | T | | | | | |
| 345. PERSPECTA INC (Y) | | | | | | | | | |
| 346. PIMCO TRUST ETF (Y) | | | | | | | | | |
| 347. PHILLIPS 66 (PSX) | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 348. PIMCO INVESTMENT GRADE CORP BD INDEX FD (CORP) | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 349. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 350. PIMCO 0-5 YEAR HIGH YIELD CORP BD FD ETF (HYS) | A | Dividend | | | Buy | 02/14/19 | J | | |
| 351. | | | | | Sold (part) | 03/18/19 | J | A | |
| 352. | | | | | Sold | 04/10/19 | J | A | |
| 353. PINNACLE WEST CAP CORP (PNW) | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 354. PNC FINANCIAL SERVICES GROUP (PNC) (Y) | | | | | | | | | |
| 355. PROSHARES SELF ETF TR BULLETSHARES 2023 (BSCM) (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 356.  PRAXAIR INC (Y) | | | | | | | | | |
| 357.  PROLOGIS INC (PLD) | | None | | | Buy | 01/14/19 | J | | |
| 358. | | | | | Sold | 02/14/19 | J | A | |
| 359.  PROPETRO HOLDING CORP (PUMP) (Y) | | | | | | | | | |
| 360.  PROSHARES INVESTMENT GRADE-INTEREST RATE HEDGED (IGHG) | A | Dividend | | | Buy | 05/13/19 | J | | |
| 361. | | | | | Sold | 10/22/19 | J | A | |
| 362.  PS BUSINESS PKS INC CALIF (PSB) (X) | A | Dividend | J | T | | | | | |
| 363.  RAYTHEON COMPANY (RTN) (X) | A | Dividend | | | Sold | 03/18/19 | J | A | |
| 364.  REALITY INCOME CORP REIT (O) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 365.  REPUBLIC SVCS INC (RSG) | A | Dividend | | | Sold | 10/31/19 | J | A | |
| 366.  RESIDEO TECHNOLOGIES (REZI) (Y) | | | | | | | | | |
| 367.  REX AMERICAN RESOURCES CORP (REX) (Y) | | | | | | | | | |
| 368.  REXFORD IND REALITY INC (REXR) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 369.  ROCKWELL AUTOMATION INC (ROK) | A | Dividend | J | T | Buy | 02/14/19 | J | | |
| 370.  ROSS STORES INC CALIF (ROST) (X) | A | Dividend | J | T | | | | | |
| 371.  SALESFORCE.COM (CRM) | | None | J | T | | | | | |
| 372.  SIMON PROPERTY GROUP REIT INC NEW (SPG) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 373.  SKYWORKS SOLUTIONS INC (SWKS) | A | Dividend | J | T | Buy | 10/25/19 | J | | |
| 374. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 375.  SOUTHERN COMPANY/THE (SO) | A | Dividend | J | T | Buy | 09/24/19 | J | | |
| 376. | | | | | Buy<br>(add'l) | 10/31/19 | J | | |
| 377.  SPDR BLOOMBERG BARCLAYS<br>SHORT TERM HIGH YIELD BD ETF<br>(SJNK) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 378. | | | | | Sold | 02/14/19 | J | A | |
| 379. | | | | | Buy | 03/18/19 | J | | |
| 380. | | | | | Sold<br>(part) | 04/10/19 | J | A | |
| 381. | | | | | Sold | 05/13/19 | J | | |
| 382.  SPDR BLOOMBERG BARCLAYS HIGH<br>YIELD BD ETF (JNK) | A | Dividend | | | Buy<br>(add'l) | 03/18/19 | J | | |
| 383. | | | | | Sold | 05/13/19 | J | | |
| 384.  SPDR BLOOMBERG BARCLAYS<br>EMERGING MARKETS LOCAL BD ETF<br>(EBND) | A | Dividend | | | Sold | 02/14/19 | J | A | |
| 385.  SPDR BLOOMBERG BARCLAYS<br>INTERNATIONAL TREASURY BD ETF<br>(BWX) | A | Dividend | J | T | Sold<br>(part) | 01/14/19 | J | | |
| 386.  SPDR PORTFOLIO LONG TERM CORP<br>BD ETF (SPLB) | A | Dividend | | | Buy<br>(add'l) | 01/14/19 | J | | |
| 387. | | | | | Sold | 04/10/19 | J | A | |
| 388.  SPDR FTSE INTL GOVT INFLATION<br>PROTECTED BD ETF (WIP) | A | Dividend | | | Buy<br>(add'l) | 04/10/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 389. | | | | | Sold (part) | 05/13/19 | J | A | |
| 390. | | | | | Sold | 11/26/19 | J | | |
| 391. SPDR SER TR BARCLAYS HIGH YIELD BD ETF (JNK) | A | Dividend | | | Buy | 03/18/19 | J | | |
| 392. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 393. | | | | | Sold | 05/13/19 | J | | |
| 394. SSGA ACTIVE ETF TR SPDR DOBLELINE TOTAL RETURN TACTICAL (TOTL) | A | Dividend | | | Buy | 04/10/19 | J | | |
| 395. | | | | | Sold | 05/13/19 | J | | |
| 396. STATE STR CORP (STT) | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 397. STORE CAPITAL CORP (STOR) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 398. STANLEY BLACK & DECKER INC (SWK) | | None | | | Sold | 01/14/19 | J | | |
| 399. STRYKER CORP (SYK) | A | Dividend | J | T | | | | | |
| 400. STURM RUGER & CO INC (RGR) (Y) | | | | | | | | | |
| 401. SUN COMMUNITITES INC REIT (SUI) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 402. SUPERNUS PHARMACEUTICALS INC (SUPN) (Y) | | | | | | | | | |
| 403. SYSCO CORPORATION (SYY) | A | Dividend | | | Sold (part) | 01/08/19 | J | A | |
| 404. | | | | | Sold | 02/14/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 405. TAPESTRY INC (TPR) | A | Dividend | | | Sold | 05/13/19 | J | | |
| 406. TE CONNECTIVITY LTD (TEL) | A | Dividend | | | Sold | 03/07/19 | J | A | |
| 407. T-MOBILE US INC (TMUS) | | None | J | T | Buy | 05/13/19 | J | | |
| 408. TERRENO REALTY CORP (TRNO) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 409. TETRA TECH INC NEW (TTEK) (Y) | | | | | | | | | |
| 410. TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | | | | | |
| 411. TIMKEN COMPANY (TXN) | A | Dividend | J | T | | | | | |
| 412. TJX COS INC NEW (TJX) | A | Dividend | J | T | | | | | |
| 413. TORCHMARK CORP (Y) | | | | | | | | | |
| 414. TYSON FOODS INC CL A (TSN) | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 415. UNIFIRST CORP (UNF) (Y) | | | | | | | | | |
| 416. UNION PACIFIC CORP (UNP) | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 417. UNITED TECHNOLOGIES CORP (UTX) | A | Dividend | J | T | Buy | 03/07/19 | J | | |
| 418. UNITEDHEALTH GROUP INC (UNH) | A | Dividend | | | Sold | 04/10/19 | J | B | |
| 419. UNIVERSAL FOREST PRODUCTS INC (UFPI) | A | Dividend | J | T | Sold (part) | 01/14/19 | J | A | |
| 420. UNIVERSAL HEALTH SVCS INC CL B (UHS) | A | Dividend | J | T | Sold (part) | 04/10/19 | J | | |
| 421. VALERO ENERGY CORP NEW (VLO) | A | Dividend | | | Sold | 05/13/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 422. VANECK VECTORS TR FALLEN ANGEL HIGH YIELD ETF (ANGL) | A | Dividend | J | T | Buy | 03/18/19 | J | | |
| 423. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 424. VANECK VECTORS TR INTL HIGH YIELD BD ETF (IHY) | A | Dividend | | | Buy | 05/13/19 | J | | |
| 425. | | | | | Sold | 10/22/19 | J | | |
| 426. VANGUARD INTERMEDIATEETF TERM CORP BD (VCIT) | A | Dividend | J | T | Sold (part) | 03/18/19 | J | | |
| 427. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 428. VANGUARD MORTGAGE BACK SECURITIES ETF (VMBS) | A | Dividend | J | T | Buy | 10/22/19 | J | | |
| 429. VANGUARD LONG TERM CORP BD ETF (VCLT) | A | Dividend | | | Buy | 02/14/19 | J | | |
| 430. | | | | | Sold | 03/18/19 | J | A | |
| 431. VANGUARD TOTAL INTL ETF BD (BNDX) | A | Dividend | | | Buy | 01/14/19 | J | | |
| 432. | | | | | Sold | 03/18/19 | J | A | |
| 433. VANGUARD WHITEHALL FDS EMERGING MKT GOVT BD INDEX FD (VWOB) | A | Dividend | J | T | Buy | 01/14/19 | J | | |
| 434. | | | | | Sold (part) | 03/18/19 | J | A | |
| 435. | | | | | Buy (add'l) | 04/10/19 | J | | |
| 436. | | | | | Sold (part) | 05/13/19 | J | A | |
| 437. VERIZON COMMUNICATIONS COM (VZ) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 438. VERTE PHARMACEUTICALS INC (VRTX) | | None | J | T | Buy | 04/10/19 | J | | |
| 439. WALGREENS BOOTS ALLIANCE INC (WBA) | A | Dividend | J | T | Buy | 03/07/19 | J | | |
| 440. | | | | | Buy (add'l) | 05/13/19 | J | | |
| 441. WALMART INC (WMT) | A | Dividend | | | Sold | 05/13/19 | J | A | |
| 442. WEC ENERGY GROUP INC (WEC) | A | Dividend | | | Sold | 02/14/19 | J | A | |
| 443. WEX INC (WEX) | | None | J | T | | | | | |
| 444. WILLIAMS SONOMA INC (WSM) | A | Dividend | J | T | | | | | |
| 445. WILLIS TOWERS WATSON PUB LTD CO (WLTW) | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 446. WISDOMTREE EMERGING ETF MARKETS LOCAL DEBT FD (ELD) | A | Dividend | | | Buy | 03/18/19 | J | | |
| 447. | | | | | Sold | 04/10/19 | J | | |
| 448. | | | | | Buy | 05/13/19 | J | | |
| 449. | | | | | Sold | 11/26/19 | J | A | |
| 450. XYLEM INC (XYL) | A | Dividend | J | T | Buy | 04/10/19 | J | | |
| 451. ZEBRA TECHNOLOGIES CORP CL A (ZBRA) | | None | | | Buy | 05/13/19 | J | | |
| 452. | | | | | Sold | 09/24/19 | J | A | |
| 453. IRA #6 (H) | | | | | | | | | |
| 454. WELLS FARGO BANK (cash) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 455. IRA #6 - HARTFORD LEADERS LIFE INS VARIABLE ANNUITY (H) | | | | | | | | | |
| 456. FRANKLIN RISING DIVIDENS VIP (X) | | None | J | T | | | | | |
| 457. AMR GROWTH-INCOME (X) | | None | J | T | | | | | |
| 458. AMR GROWTH (X) | | None | J | T | | | | | |
| 459. FRANKLIN INCOME VIP FUND (X) | | None | J | T | | | | | |
| 460. AMR GLOBAL GROWTH &INCOME FUND (X) | | None | J | T | | | | | |
| 461. IRA #6 - LINCOLN NATL LIFE INS VARIABLE ANNUITY (H) | | | | | | | | | |
| 462. LINCOLN GROWTH-INCOME (X) | | None | K | T | | | | | |
| 463. IRA #7 (H) | | | | | | | | | |
| 464. WELLS FARGO BANK (cash) (Y) | | | | | | | | | |
| 465. ABBVIE INC (ABBV) | A | Dividend | | | Sold | 06/25/19 | J | | |
| 466. ALTRIA GROUP INC (MO) | A | Dividend | | | Sold | 02/05/19 | J | | |
| 467. AMERICAN ELECTRIC POWER INC (AEP) | A | Dividend | J | T | | | | | |
| 468. AMGEN INC (AMGN) | A | Dividend | J | T | Buy | 02/06/19 | J | | |
| 469. AUTOMATIC DATA PROCESSING (ADP) | | None | J | T | Buy | 11/11/19 | J | | |
| 470. AT&T INC (T) | A | Dividend | J | T | | | | | |
| 471. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 472. COMCAST CORP NEW CL A (CMCSA) | | None | J | T | Buy | 12/16/19 | J | | |
| 473. DIAGEO PLC SPONSORED ADR NEW (DEO) | A | Dividend | J | T | | | | | |
| 474. DOMINION ENERGY INC (D) | A | Dividend | J | T | | | | | |
| 475. DOVER CORP COMMON (DOV) | A | Dividend | J | T | | | | | |
| 476. DOW INC (DOW) | A | Dividend | J | T | Spinoff<br>(from line 477) | 04/02/19 | J | | |
| 477. DUPONT DE NEMOUNRS INC (DD) | A | Dividend | | | Sold | 09/17/19 | J | | |
| 478. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | |
| 479. GENL DYNAMICS CORP (GD) | A | Dividend | J | T | | | | | |
| 480. GENUINE PARTS CO COM (GPC) | A | Dividend | J | T | | | | | |
| 481. HASBRO INC (HAS) | A | Dividend | J | T | | | | | |
| 482. HOME DEPOT INC (HD) | A | Dividend | J | T | | | | | |
| 483. ILLINOIS TOOL WORKS INC (ITW) | A | Dividend | J | T | | | | | |
| 484. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 485. INTERNATIONAL BUSINESS MACHINE CORP (IBM) | A | Dividend | J | T | | | | | |
| 486. INTERNATIONAL PAPER CO (IP) (Y) | | | | | | | | | |
| 487. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 488. JPMORGAN CHASE & CO (JPM) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 489. KIMBERLY-CLARK CORP (KMB) | A | Dividend | J | T | | | | | |
| 490. LOCKHEED MARTIN CORP (LMT) | A | Dividend | J | T | | | | | |
| 491. M & T BANK CORP (MTB) | A | Dividend | J | T | | | | | |
| 492. MAXIM INTEGRATED PRODS INC (MXIM) | A | Dividend | J | T | | | | | |
| 493. MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 494. MERCK & CO INC NEW (MRK) | A | Dividend | J | T | | | | | |
| 495. MICROSOFT (MSFT) | A | Dividend | J | T | | | | | |
| 496. NEXETERA ENERGY INC (NEE) | A | Dividend | J | T | | | | | |
| 497. NUCAR CORP (NUE) (Y) | | | | | | | | | |
| 498. PEOPLE'S UNITED FINANCL (PBCT) | A | Dividend | J | T | | | | | |
| 499. PEPSICO INCORPORATED (PEP) | A | Dividend | J | T | Buy (add'l) | 06/26/19 | J | | |
| 500. PFIZER INCORPORATED (PFE) | A | Dividend | | | Sold | 08/13/19 | J | | |
| 501. PROCTER & GAMBLE CO (PG) | A | Dividend | J | T | | | | | |
| 502. PHILLIPS 66 (PSX) | A | Dividend | J | T | Buy (add'l) | 06/25/19 | J | | |
| 503. SOUTHERN COMPANY/THE (SO) | A | Dividend | J | T | | | | | |
| 504. STARBUCKS CORP (SBUX) | | None | J | T | Buy | 08/14/19 | J | | |
| 505. TARGET CORP (TGT) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 506. UNITED PARCEL SERVICE-B (UPS) | A | Dividend | J | T | | | | | |
| 507. US BANCORP NEW (USB) | A | Dividend | J | T | | | | | |
| 508. VERIZON COMMUNICATIONS COM (VZ) | A | Dividend | J | T | Buy (add'l) | 06/26/19 | J | | |
| 509. WALGREENS BOOTS ALLIANCE INC (WBA) | A | Dividend | J | T | | | | | |
| 510. WASTE MGMT INC DEL (WM) | A | Dividend | J | T | | | | | |
| 511. WELLTOWER INC (WELL) | A | Dividend | J | T | | | | | |
| 512. IRA #8 (H) | | | | | | | | | |
| 513. VANGUARD INDEX VANGUARD 500 INDEX FD ADMIRAL SHS (VFIAX) (X) | A | Dividend | J | T | | | | | |
| 514. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 515. WELLS FARGO BANK (cash) | A | Interest | M | T | | | | | |
| 516. ABBOTT LABORATORIES (ABT) | A | Dividend | J | T | | | | | |
| 517. ALTRIA GROUP INC (MO) | A | Dividend | J | T | | | | | |
| 518. AMGEN INC (AMGN) | A | Dividend | J | T | | | | | |
| 519. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 520. BOEING CO (BA) | A | Dividend | | | Sold | 10/28/19 | J | | |
| 521. CARNIVAL CORP (CCL) | A | Dividend | | | Sold | 10/28/19 | J | | |
| 522. CHUBB LTD (CB) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 523. CISCO SYSTEMS INC (CSCO) | A | Dividend | J | T | | | | | |
| 524. DISNEY WALT COMPANY (DIS) | A | Dividend | J | T | | | | | |
| 525. DOW INC (DOW) | A | Dividend | | | Spinoff (from line 527) | 04/02/19 | J | | |
| 526. | | | | | Sold | 10/23/19 | J | | |
| 527. DUPONT DE NEMOUNRS INC (DD) | A | Dividend | | | Sold | 10/23/19 | J | | |
| 528. ENERGY SELECT SECTOR SPDR (XLE) | A | Dividend | | | Sold | 10/28/19 | J | | |
| 529. EXXON MOBIL CORP (XOM) | A | Dividend | J | T | | | | | |
| 530. GENL DYNAMICS CORP (GD) | A | Dividend | J | T | | | | | |
| 531. HOME DEPOT INC (HD) | A | Dividend | J | T | | | | | |
| 532. HONEYWELL INTERNATIONAL INC (HON) | A | Dividend | J | T | | | | | |
| 533. HUNTINGTON BANCSHRES INC (HBAN) | A | Dividend | J | T | | | | | |
| 534. INTEL CORP (INTC) | A | Dividend | J | T | | | | | |
| 535. INVESCO FTSE RAFI US 1000 (PRF) | B | Dividend | L | T | Sold (part) | 12/09/19 | K | D | |
| 536. ISHARES CORE S&P MID ETF ETF (IJH) | B | Dividend | L | T | Sold (part) | 12/10/19 | J | D | |
| 537. ISHARES CORE S&P SMALLCAP (IJR) | A | Dividend | K | T | | | | | |
| 538. JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | | | | | |
| 539. JPMORGAN CHASE & CO (JPM) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 540. KEYCORP NEW (KEY) | A | Dividend | J | T | | | | | |
| 541. LOCKHEED MARTIN CORP (LMT) | A | Dividend | K | T | | | | | |
| 542. LOWES COMPANIES INC (LOW) | A | Dividend | J | T | | | | | |
| 543. MCDONALDS CORP (MCD) | A | Dividend | J | T | | | | | |
| 544. MERCK & CO INC NEW (MRK) | A | Dividend | J | T | | | | | |
| 545. PFIZER INCORPORATED (PFE) | A | Dividend | J | T | | | | | |
| 546. POWERSHARESFTSE RAFI US 1K (Y) | | | | | | | | | |
| 547. REALITY INCOME CORP REIT (O) | A | Dividend | J | T | | | | | |
| 548. SELECT SECTOR SPDR TR FINANCIAL (XLF) | A | Dividend | J | T | | | | | |
| 549. SIMON PROPERTY GROUP REIT INC NEW (SPG) | A | Dividend | | | Sold | 10/28/19 | J | | |
| 550. SPDR S&P 500 TRUST (SPY) | B | Dividend | L | T | | | | | |
| 551. TRUIST FINL CORP (TFC) | A | Dividend | J | T | | | | | |
| 552. T ROWE PRICE GROUP INC (TROW) | A | Dividend | J | T | | | | | |
| 553. TEXAS INSTRUMENTS INC (TXN) | A | Dividend | J | T | | | | | |
| 554. TOTAL S.A. SPONS ADR (TOT) | A | Dividend | J | T | | | | | |
| 555. TC ENERGY CORP (TRP) | A | Dividend | J | T | | | | | |
| 556. UNITED TECHNOLOGIES CORP (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agresti, Thomas P. | 06/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 557.  US BANCORP NEW (USB) | A | Dividend | J | T | | | | | |
| 558.  VALERO ENERGY CORP NEW (VLO) | A | Dividend | J | T | | | | | |
| 559.  VERIZON COMMUNICATIONS COM (VZ) | A | Dividend | J | T | | | | | |
| 560.  WELLS FARGO & CO NEW (WFC) | A | Dividend | J | T | | | | | |
| 561.  ROYAL BANK OF CANADA BD 3/15/19 (7812KBP1) | | None | | | Redeemed | 03/15/19 | L | E | |
| 562.  AMERICAN FUNDS BD CL F2 (TEAFX) | B | Dividend | L | T | | | | | |
| 563.  BLACKROCK MULTI STATE MANICIPAL BD (MAPYX) | B | Dividend | L | T | | | | | |
| 564.  BLACKROCK MUN BD FD INSTL CL (MANLX) | B | Dividend | L | T | | | | | |
| 565.  DIAMOND HILL LONG-SHORT FD CL I (DHLSX) | C | Dividend | L | T | Sold (part) | 12/09/19 | K | D | |
| 566.  FRANKLIN GLOBAL TR INTL GROWTH FD AD CL (FNGZX) | A | Dividend | L | T | | | | | |
| 567.  MFS INT DIVERS FD CL I (MDIJX) | B | Dividend | L | T | | | | | |
| 568.  PNC INTERMEDIATE TAX EXEMPT BOND (Y) | | | | | | | | | |
| 569.  WELLS FARGO FUNDS HIGH YIELD MUNICIP BD INSTL CL (WHYIX) | B | Dividend | L | T | | | | | |
| 570.  WELLS FARGO STRATEGIC MUNICIPAL BD INST CLASS (STRIX) | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Agresti, Thomas P.** | 06/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

L3HARRIS TECHNOLOGIES INC (LHX) was HARRIS CORP DEL (HRS).

VANGUARD INDEX VANGUARD 500 INDEX FD ADMIRAL SHS (VFIAX) was VANGUARD INDEX TRUST 500 PORTFOLIO INV FUND (VFINX).

DUPONT DE NEMOUNRS INC (DD) was DOWDUPONT INC (DWDP).

TC ENERGY CORP (TRP) was TRANSCANADA CORP (TRP).

TRUIST FINL CORP (TFC) was SUNTRUST BANKS INC (STI).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 37-39 of the 2018 report have been in 2018 has been reported in this cycle as showing individual assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Thomas P. Agresti**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544